**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 2:99-CR-00003-006 |
| | § | |
| KELVIN BERNARD WORTH | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. *See* Dkt No. 376. No objections were filed to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, it is hereby

**ORDERED** that the defendant's supervised release be **REVOKED**. Based upon the defendant's conviction in case number 2:05CR00003-003, as affirmed by the Fifth Circuit, for Possession with Intent to Distribute and Distribution of Cocaine Base, the court finds that the defendant violated his conditions of supervised release. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months, consecutive to the term of imprisonment the defendant is currently serving in case number 2:05CR00003-003, with no term of supervised release to follow such term of imprisonment.

**SIGNED this 6th day of August, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE